# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 1027 Disciplinary Docket No. 3 |
| | : | |
| | : | No. 118 DB 2005 |
| ASHLY MAE GUERNACCINI | : | |
| A/K/A ASHLY MAE WISHER | : | Attorney Registration No. 87053 |
| | : | |
| PETITION FOR REINSTATEMENT | : | (Allegheny County) |
| | : | |
| | : | |

## O R D E R

**PER CURIAM:**

**AND NOW**, this 21st day of August, 2015, upon consideration of the Report and Recommendations of the Disciplinary Board, the Petition for Reinstatement is granted.

Petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement. *See* Pa.R.D.E. 218(f).